UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   VERGIE A PRICE )
) CASE NO. 14-33007
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes HIGHLAND VILLAGE APTS., INC., by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The plan proposes to assume the apartment lease with this creditor.

2. The plan fails to provide for a prompt cure of the pre-petition arrears in the amount of $525.00.

3. The lease matures on February 28, 2015. All arrears should be cured prior to the maturity date.

WHEREFORE, HIGHLAND VILLAGE APTS., INC., prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                HIGHLAND VILLAGE APTS., INC.

                                By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties as set forth below:

By electronic notice on this December 21, 2014.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

By depositing a copy thereof in the United States mail postage prepaid on December 22, 2014:

VERGIE A PRICE
1019 DAY STREET ROAD  APT-F
MONTGOMERY AL 36108

/s/ Leonard N. Math